Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Stephen B. Watkins, Bar Number 3400
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: ben@hwmlawfirm.com
File No: 42005

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| In re: | Bankruptcy Case No. 14-21398 WTT |
|---|---|
| JACKIE L. BURROWS | Chapter 13 |
| Debtor. | **OBJECTION TO PLAN AND MAILING CERTIFICATE** |
| | [Filed Electronically] |

Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, (referred to herein as "Secured Creditor") holds a valid Note and Trust Deed lien against Debtor's residence and objects to the Chapter 13 Plan of Debtors as follows:

    1.    The plan does not provide for Secured Creditor's pre-petition arrearage amount of $148,400.95.

2.     The plan is not feasible. The debtor's plan proposes to pay approximately $53,400.00, excluding Chapter 13 Trustee commissions and attorney's fees and costs, and will fail to pay all of Secured Creditor's arrearages.

3.     The plan should provide that Secured Creditor's trust deed lien and other loan terms remain in effect and are not modified except as expressly provided in the plan.

DATED this 6th day of March, 2014.

/s/ Benjamin J. Mann
Benjamin J. Mann
Attorney for Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1

**MAILING CERTIFICATE**

The undersigned hereby certifies that true and correct copies of the foregoing Objection to Plan and Mailing Certificate were mailed by first class mail, postage prepaid, this 6th day of March, 2014, to each of the following:

| | |
|---|---|
| Jackie L. Burrows<br>4734 Whisper Point Drive<br>Saint George, Utah 84790<br>Debtor | David T. Berry<br>Via ECF<br>Debtors' Attorney |
| United States Trustee<br>Via ECF | Kevin R. Anderson<br>Via ECF<br>Chapter 13 Trustee |

/s/ Benjamin J. Mann